IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CONSTANCE SANDERS                                                                                      PLAINTIFF

                                                              CIVIL ACTION NO: 4:23-cv-000136-GHD-JMV
VS.

CITY OF MOORHEAD                                                                                     DEFENDANT

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE CASES

Presently before the court is the Plaintiff's Unopposed Motion to Consolidate Cases (Docs 35 and 11 respectively) filed in *Constance Sanders vs. City of Moorhead*, 4:23-cv-000136-GHD-JMV and *Constance Sanders vs. City of Moorhead*, 4:24-cv-00067-SA-DAS. Upon due consideration, the Court finds that the motions should be GRANTED because both actions arise from the same operative facts and involve common questions of law and fact.

IT IS, therefore, hereby ORDERED that Cases 4:23-cv-00136-GHD-JMV and 4:24-cv-0067-SA-DAS are hereby CONSOLIDATED. Pursuant to Federal Rules of Civil Procedure 42 and Uniform Local Rule of Civil Procedure 42, the case with the lowest docket number (4:23-cv-00136-GHD-JMV) shall be the lead case. It is further ORDERED that the caption of the consolidated case shall be as follows:

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CONSTANCE SANDERS                                                                                    PLAINTIFF

                                                         CIVIL ACTION NO: 4:23-cv-000136-GHD-JMV
VS.

CITY OF MOORHEAD                                                                                    DEFENDANT

**CONSOLIDATED WITH**

CONSTANCE SANDERS                                                                                    PLAINTIFF

                                                         CIVIL ACTION NO: 4:24-cv-00067-GHD-JMV
VS.

CITY OF MOORHEAD                                                                                    DEFENDANT


The parties are DIRECTED to indicate in the caption of all documents filed with the Court both the lead case number and consolidated case number. The words "CONSOLIDATED WITH" must appear directly under the lead case number before the consolidated case number, as shown above. The parties are further DIRECTED to docket and file all documents in the lead case unless directed otherwise. Documents may be filed in both cases so long as counsel places the words "FILED IN ALL CASES" in the caption under the last case number and electronically files the document in each and every case which the document is to be filed or appropriately spreads the filing according to the Court's electronic case management and filing system. The parties are responsible for accurately and correctly following these requirements in all filings.

SO ORDERED, This the 12th day of December, 2024.

_____
SENIOR U.S. DISTRICT JUDGE