IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CONSTANCE SANDERS                                                                                  PLAINTIFF

V.                                                                                  NO. 4:23-cv-00136-GHD-JMV

CITY OF MOOREHEAD                                                                                  DEFENDANT

**CONSOLIDATED WITH**

CONSTANCE SANDERS                                                                                  PLAINTIFF

V.                                                                                  NO. 4:24-cv-00067-GHD-JMV

CITY OF MOOREHEAD                                                                                  DEFENDANT

## ORDER DISMISSING ACTIONS

The Court has been advised by counsel that these actions have been resolved or are in the process of being resolved. Therefore, it is not necessary that the actions remain upon the calendar of the court. The Court therefore ORDERS that these consolidated actions be DISMISSED without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen these actions upon cause shown that the resolution of these matters has not been completed and further litigation is necessary.

SO ORDERED, this, the 19th day of May, 2025.

_____
SENIOR U.S. DISTRICT JUDGE