# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CONSTANCE SANDERS**                                                                                   **PLAINTIFF**

**VS.**                                                       **CIVIL ACTION NO. 4:23-CV-00136-GHD-JMV**

**CITY OF MOOREHEAD**                                                             **DEFENDANT**

**CONSOLIDATED WITH**

**CONSTANCE SANDERS**                                                         **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 4:24-CV-00067-GHD-JMV**

**CITY OF MOOREHEAD**                                                      **DEENDANT**

## STIPULATION OF DISMISSAL

It is stipulated that all claims against Defendant the City of Moorehead, Mississippi ("Defendant") may be dismissed with prejudice pursuant to the terms of a Confidential Settlement Agreement and Release entered into between Defendant and Plaintiff Constance Sanders which includes full provisions for any and all claims of attorneys' fees and costs arising in this action.

Based on this stipulation, the parties agree that the Court may enter a Final Judgment dismissing this case with prejudice.

Dated: May 28, 2025.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:   */s/ H. David Clark, III*
       PHELPS DUNBAR LLP
       G. Todd Butler, MB #102907
       H. David Clark, III, MB #104165
       1905 Community Bank Way, Suite 200
       Post Office Box 320159
       Flowood, Mississippi 39232
       Telephone: 601-352-2300
       Telecopier: 601-360-9777
       Email: todd.butler@phelps.com
              trey.clark@phelps.com
       **ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that I had a copy of this document filed electronically, which sent notice to all counsel of record.

SO CERTIFIED, this the 28th day of May, 2025.

          */s/ H. David Clark, III*
          H. David Clark, III